ANGELINA DI SCALA, as Administratrix of the Estate of ONNIELLO DI SCALA, Appellant, *v.* OIVIND LORENTZEN, as Director of Shipping & Curator for the Royal Norwegian Government Operating as a Norwegian Shipping and Trade Mission, Respondent.

Decided March 8, 1951.

*Robert Klonsky* and *Jacob Rassner* for appellant.

*James M. Estabrook* and *Walter A. Darby, Jr.,* for respondent.

Appeal withdrawn, without costs.